# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DABNEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　Defendant. | Case No. 1:20-cv-01284-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 13) |

　　　　This action was removed to this Court on September 8, 2020. (ECF No. 1.) On November 13, 2020, a scheduling order issued, which has not been modified in this action. (ECF No. 10.) No trial date has been set. The nonexpert discovery deadline is set to expire on November 8, 2021. (ECF No. 10.) On October 14, 2021, the parties filed a stipulation requesting the scheduling order be modified. (ECF No. 13.) The parties proffer that they have completed extensive written discovery, however certain depositions have been postponed due to a delay in producing responsive documents pertaining to one witness, and because the Walmart Distribution Center that employs many witnesses would face significant challenges due to the upcoming busy season between November and January with essential employees and managers being prepared and called for depositions. (Id. at 2.) The parties request an extension of 120 days of the pretrial deadlines.

　　　　Given the nonexpert discovery deadline was essentially set to expire before the proffered

busy season, the Court finds the parties should have been able to plan for such timing issues. However, because this is the first requested modification of the scheduling order, the parties have largely completed written discovery in preparation for the depositions, and because no trial date is currently set, the Court finds good cause to grant the agreed upon request.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order (ECF No. 10) is modified as follows:

1. Nonexpert Discovery Deadline: March 8, 2022;
2. Expert Disclosure Deadline: March 11, 2022;
3. Supplemental Expert Disclosure Deadline: April 11, 2022;
4. Expert Discovery Deadline: May 23, 2022;
5. Dispositive Motion Filing Deadline: June 6, 2022; and
6. Pre-trial Conference: January 5, 2023, at 8:30 a.m. in Courtroom 4.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

UNITED STATES MAGISTRATE JUDGE