# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DABNEY, | Case No. 1:20-cv-01284-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| WAL-MART ASSOCIATES, INC., | (ECF No. 18) |
| Defendant. | |

This action was removed to this Court on September 8, 2020. (ECF No. 1.) On November 13, 2020, a scheduling order issued, which has been modified once. (ECF Nos. 10, 14.) No trial date has been set. On February 9, 2022, the parties filed a stipulation requesting the scheduling order be modified. (ECF No. 18.) The parties proffer numerous issues in completing depositions on both sides. The Court finds the parties have demonstrated good cause to grant the requested extension of all dates and deadlines by a period of approximately sixty (60) days.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

1. Nonexpert Discovery Deadline: May 9, 2022;
2. Expert Disclosure Deadline: May 11, 2022;
3. Supplemental Expert Disclosure Deadline: June 10, 2022;

1

     4.     Expert Discovery Deadline: July 22, 2022;

     5.     Dispositive Motion Filing Deadline: August 5, 2022; and

     6.     Pre-trial Conference: March 3, 2023, at 1:30 p.m. in Courtroom 4.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **February 10, 2022**

                                            UNITED STATES MAGISTRATE JUDGE