# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DABNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01284-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 19, 24) |

　　　　A scheduling order for this matter issued on November 13, 2020. (ECF No. 10.) The schedule has been modified twice, upon stipulated motion of the parties. (ECF Nos. 13, 14, 18, 19.) No trial date has been set.

　　　　On April 13, 2022, the parties filed a third stipulated motion to modify the schedule. (ECF No. 24.) The parties proffer that, due to unforeseen circumstances, Defendant retained new defense counsel in this matter. The parties indicate the depositions of Plaintiff and four defense witnesses were rescheduled to be taken in May 2022 to accommodate new counsel, and seek to modify the schedule to continue the remaining pretrial deadlines by sixty days; they do not seek to continue the date of the pretrial conference, which is currently set for March 3, 2023. The parties also proffer the requested continuance will permit them to engage in full and productive discovery necessary for mediation and/or trial in this matter. The Court finds good cause exists to

grant the parties' stipulated motion.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 24) is GRANTED.  The scheduling order is further modified as follows:

1. Non-Expert Discovery Deadline:  **July 8, 2022**;
2. Expert Disclosure Deadline: **July 11, 2022**;
3. Supplemental/Rebuttal Expert Disclosure Deadline: **August 9, 2022**;
4. Expert Discovery Deadline: **September 20, 2022**;
5. Dispositive Motion Deadline: **October 4, 2022**;
6. The Pretrial Conference shall remain set for **March 3, 2023**, at **1:30 p.m.**, in Courtroom 4; and
7. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 13, 2022**                                      _____
                                                                                          UNITED STATES MAGISTRATE JUDGE