# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA DABNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC.,<br><br>        Defendant. | Case No. 1:20-cv-01284-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 10, 14, 19, 25, 26) |

    A scheduling order for this matter issued on November 13, 2021, which was subsequently amended three times pursuant to stipulated requests. (ECF Nos. 14, 19, 25.) A pretrial conference is currently set for March 3, 2023, but no trial date was set. (See ECF No. 25.)

    On July 6, 2022, the parties filed a stipulation to modify the schedule, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 26.) The parties seek to continue all remaining dates approximately ninety days. They proffer this additional is needed because the previously-set depositions of four defense witnesses were rescheduled to accommodate new defense counsel; those depositions were put on hold when the parties engaged in informal settlement negotiations; and the depositions are now being rescheduled for August and September 2022, following the unsuccessful settlement attempts. The Court finds good cause exists to grant the parties' stipulated motion. However, the parties are reminded that requests to

modify the schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. If such a request is made after a deadline, the party seeking the nunc pro tunc extension must show additional good cause as to why the matter was filed late.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 25) is GRANTED. Further, the Court shall set a trial date. The scheduling order is further modified as follows:

1. Discovery Cutoff: **October 10, 2022**;
2. Expert Disclosure Deadline: **October 18, 2022**;
3. Supplemental/Rebuttal Expert Disclosure Deadline: **November 8, 2022**;
4. Expert Discovery Cutoff: **December 20, 2022**;
5. Dispositive Motion Deadline: **January 11, 2023**;
6. Pretrial Conference: **June 2, 2023**, at **1:30 p.m.**, in **Courtroom 4**;
7. Trial: **July 10, 2023**, at **8:30 a.m.**, in **Courtroom 4**, before the Honorable Jennifer L. Thurston; and
8. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **July 7, 2022**

UNITED STATES MAGISTRATE JUDGE